# OSBORN LAW P.C.

Daniel A. Osborn, Esq.
Lindsay M. Trust, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2023

May 16, 2023

**APPLICATION GRANTED**
Hon. Katharine H. Parker, U.S.M.J. 5/17/2023

**VIA ECF**

Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *McNair v. Commissioner of Social Security*
                  Civil Action No. 1:23-cv-01290-KHP

Dear Judge Parker,

      We write on behalf of our client, Sean McNair, to request additional time to file his motion for judgment on the pleadings which is currently due on May 18, 2023 per the Court's February 16, 2023 Standing Scheduling Order. This is the plaintiff's first request for an extension.

      After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **July 17, 2023;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **October 15, 2023**; and

- Plaintiff to file his reply, if any, on or before: **October 30, 2023.**

Honorable Katherine H. Parker
May 16, 2023
Page Two

  Thank you for your consideration of this request.

           Respectfully submitted,

           s/Daniel A. Osborn
           Daniel A. Osborn
           OSBORN LAW, P.C.
           43 West 43rd Street, Suite 131
           New York, New York 10036
           Telephone: 212-725-9800
           Facsimile: 212-500-5115
           dosborn@osbornlawpc.com

cc: Heetano Shamsoondar, Esq. (by ECF)