# OSBORN LAW P.C.

Daniel A. Osborn, Esq.
Lindsay M. Trust, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2023

July 14, 2023

**VIA ECF**

Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED.** No further extensions will be granted absent a showing of good cause.

**SO ORDERED:**

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE   7/18/2023

Re:   *McNair v. Commissioner of Social Security*
      Civil Action No. 1:23-cv-01290-KHP

Dear Judge Parker,

We write on behalf of our client, Sean McNair, to request additional time to file his motion for judgment on the pleadings which is currently due on July 17, 2023 per the Court's May16, 2023 Order granting Extension of Time. This is the plaintiff's second request for an extension. The reason for this request is that our office currently has ten briefs due over the next several weeks.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **August 16, 2023;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **November 14, 2023**; and

- Plaintiff to file his reply, if any, on or before: **November 28, 2023.**

43 West 43rd Street, Suite 131        Telephone 212-725-9800        osbornlawpc.com
New York, New York 10036              Facsimile  212-500-5115       info@osbornlawpc.com

Honorable Katherine H. Parker
July 14, 2023
Page Two

Thank you for your consideration of this request.

                                                  Respectfully submitted,

                                                  s/Daniel A. Osborn
                                                  Daniel A. Osborn
                                                  OSBORN LAW, P.C.
                                                  43 West 43rd Street, Suite 131
                                                  New York, New York 10036
                                                  Telephone:    212-725-9800
                                                  Facsimile:    212-500-5115
                                                  dosborn@osbornlawpc.com

cc: Heetano Shamsoondar, Esq. (by ECF)