**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
SEAN MCNAIR,

                Plaintiff,                                          23 **CIVIL** 1290 (KHP)

       -v-                                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 13, 2023, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, Plaintiff will be offered the opportunity for a new hearing.

**Dated:**  New York, New York
           November 14, 2023

                                                                     **RUBY J. KRAJICK**
                                                                       **Clerk of Court**

                                            **BY:**          *K. Mango*

                                                                        **Deputy Clerk**